729 A.2d 427

IN THE MATTER OF ANTONIO VELAZQUEZ,
AN ATTORNEY AT LAW.

May 13, 1999.

## ORDER

The Disciplinary Review Board having filed reports with the Court in three matters involving allegations of unethical conduct by **ANTONIO VELAZQUEZ** of **CLIFTON**, who was admitted to the bar of this State in 1988, concluding in DRB 98–164 that respondent should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failure to keep client reasonably informed); concluding in DRB 97–455 that respondent should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(b) (pattern of neglect), *RPC* 1.4 (failure to communicate), *RPC* 1.16(d) (failure to protect a client's interests upon termination of representation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);  and recommending in DRB 98–275

that respondent be disbarred for violating *RPC* 1.15 (knowing misappropriation of client trust funds), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(c) (conduct involving dishonesty,—deceit, fraud or misrepresentation);

And **ANTONIO VELAZQUEZ** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **ANTONIO VELAZQUEZ** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **ANTONIO VELAZQUEZ** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, previously restrained from disbursement by Order of the Court dated September 9, 1997, pursuant to *Rule* 1:21–6 shall be transferred by the financial institution to the Clerk of the Superior Court who is directed to deposit the funds in the Superior Court Trust Fund, pending further Order of this Court; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.